# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

No. 10-449V
Filed: September 15, 2015

| | |
|---|---|
| * * * * * * * * * * * * * | UNPUBLISHED |
| KAYLA STACY, | |
| | Special Master Gowen |
| Petitioner, | |
| | Joint Stipulation on Damages; HPV |
| v. | Vaccine; ankylosing spondylitis, |
| | arthritis, fibromyalgia |
| SECRETARY OF HEALTH | |
| AND HUMAN SERVICES, | |
| Respondent. | |
| * * * * * * * * * * * * * | |

<u>Katherine D. Gonyea</u>, Dow, Golub, Remels & Beverly, LLP, Houston, TX, for petitioner.
<u>Traci R. Patton</u>, United States Department of Justice, Washington, DC, for respondent.

### DECISION ON JOINT STIPULATION[1]

On July 12, 2010, Kayla Stacy ("petitioner") filed a petition pursuant to the National Vaccine Injury Compensation Program. [2] 42 U.S.C. §§ 300aa-1 to -34 (2006). Petitioner alleged that, as a result of receiving Human Papillomavirus Quadrivalent ("HPV") vaccinations on July 12, 2007; September 26, 2007; and May 15, 2008, she developed ankylosing spondylitis, arthritis and fibromyalgia. Petition at ¶ 12. Further, petitioner alleged that she experienced residual effects of her injury for more than six months. <u>Id.</u>

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) (Vaccine Act or the Act). All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

On September 11, 2015, the parties filed a stipulation in which they state that a decision should be entered awarding compensation.  Respondent denies that the HPV vaccines caused petitioner's alleged ankylosing spondylitis, arthritis, fibromyalgia, or any other injury or condition.  Stipulation ¶ 6.  Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A.  The undersigned finds the stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

The parties stipulate that petitioner shall receive the following compensation:

**A lump sum of $9,500.00 in the form of a check payable to petitioner, Kayla Stacy.  This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

<u>Id.</u> ¶ 8.

The undersigned approves the requested amounts for petitioner's compensation.  Accordingly, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

<u>s/Thomas L. Gowen</u>
Thomas L. Gowen
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

KAYLA STACY,                          )
                                      )
            Petitioner,               )
                                      )
    v.                                )        No. 10-449V
                                      )        Special Master Gowen
SECRETARY OF HEALTH AND               )        ECF
HUMAN SERVICES,                       )
                                      )
            Respondent.               )
                                      )

STIPULATION

The parties hereby stipulate to the following matters:

1.  Kayla Stacy, petitioner, filed a petition for vaccine compensation under the National
Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10 *et seq.* (the "Vaccine Program").
The petition seeks compensation for injuries allegedly related to Ms. Stacy's receipt of three
doses of Human Papillomavirus ("HPV") vaccine, which vaccine is contained in the Vaccine
Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2.  Petitioner received her HPV vaccines on July 12, 2007; September 26, 2007; and May
15, 2008.

3.  The vaccines were administered within the United States.

4.  Petitioner alleges that the HPV vaccines she received between July 12, 2007, and May
15, 2008, caused her to suffer "ankylosing spondylitis, arthritis, and fibromyalgia." Petition at 2,
¶12.

5.  Petitioner represents that there has been no prior award or settlement of a civil action
for damages on her behalf as a result of her condition.

1

6. Respondent denies that the HPV vaccines caused petitioner to suffer ankylosing spondylitis, arthritis, fibromyalgia, or any other injury or condition.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:  a lump sum of $9,500.00 in the form of a check payable to petitioner.  This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and her attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11. Payments made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees and litigation costs, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13. In return for the payments described in paragraphs 8 and 9, petitioner, in her individual capacity, and on behalf of her heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the HPV vaccinations administered on July 12, 2007, September 26, 2007, and May 15, 2008, as alleged by petitioner in a petition for vaccine compensation filed on or about July 12, 2010, in the United States Court of Federal Claims as petition No. 10-449V.

14. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

15. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

17. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the HPV vaccinations administered on July 12, 2007, September 26, 2007, and May 15, 2008, caused petitioner to suffer ankylosing spondylitis, arthritis, fibromyalgia, or any other injury or condition.

18. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

/
/
/
/
/
/
/
/

4

Respectfully submitted,

**PETITIONER:**

_Kayla Stacy_
KAYLA STACY


**ATTORNEY OF RECORD FOR
PETITIONER:**

_signature_
KATHERINE GONYEA
Dow Golub Remels & Beverly, LLP
9 Greenway Plaza, Suite 500
Houston, TX 77046
Tel: (713) 526-3700

**AUTHORIZED REPRSENTATIVE
OF THE ATTORNEY GENERAL:**

_Vincent J. Matanoski
by OMSteddy_
VINCENT J. MATANOSKI
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146


**AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:**

_signature_
A. MELISSA HOUSTON, M.D., M.P.H., FAAP
Director, Division of Injury Compensation
        Programs (DICP)
Healthcare Systems Bureau
U.S. Department of Health and Human Services
5600 Fishers Lane
Parklawn Building, Mail Stop 11C-26
Rockville, MD 20857

**ATTORNEY OF RECORD FOR
RESPONDENT:**

_Traci R Patton_
TRACI R. PATTON
Senior Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 353-1589


Dated: **Sept. 11, 2015**

5